| | |
|---|---|
| Michael Cohen - #98066 | E-filing         Original |
| LAW OFFICES OF BRUCE E. KRELL | FILED |
| Grove Law Building | 3/24/08 |
| 345 Grove Street | Richard W. Wieking |
| San Francisco, CA 94102 | Clerk, U.S. District Court |
| 415/861-4414 | Northern District of California |
| Fax: 415/431-4526 | San Francisco |

Attorney for Plaintiffs

ADR

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

THE FAMILY OF SAMUEL SHULL: Linda Rines Shull, Samuel J. Shull, Jr., Jennifer Shull, Cameron Rines-Caban, Jacob A. Rines-Caban, Nathan Shull, Soaring Eagle (LeeAnn) Rines, Casey Shull, Alberta Rines and Willie Smith,

    Plaintiffs,

vs.

Keystone America, Inc., dba Joes and Lewis Clear Lake Memorial Chapel, and DOES 1-100,

    Defendants.

No. C08-01601 JL

**APPLICATION FOR ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT (AS OF COURSE) CHANGING NAME AND CORRECTING OTHER CLERICAL ERRORS, ORDER THEREON**

TO THE HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE THAT PLAINTIFFS hereby seek to file, through counsel of record, a FIRST AMENDED COMPLAINT (AS OF COURSE), in order to correct a clerical error and substitute the correct name [Keystone America, Inc.] of the Defendants previously named as Keystone Group Holdings, Inc., and Keystone California, Inc.

PLAINTIFFS, as a consequence of the main clerical error, also seek to amend Paragraph 14 of the Complaint to correct the status of the correctly-named Defendants.

The FIRST AMENDED COMPLAINT (AS OF COURSE) is filed simultaneously; and

//

//

1

1  an Amended Summons will be submitted to the Clerk forthwith.

2  DATED: April 17, 2008                    LAW OFFICES OF BRUCE E. KRELL, INC.

                                            By_____
                                               Michael Cohen

## ORDER

Good cause appearing,

It is hereby ordered that the Court's docket be changed to reflect the correct name, **KEYSTONE AMERICA, INC.**, of the Defendant herein, and that Plaintiff's First Amended Complaint (as of Course) be accepted for filing.

**IT IS SO ORDERED.**

DATED: April __, 2008                      _____
                                           Magistrate Judge James Larson
                                           USDC, Northern District of California

2

Application for Order Allowing Filing of First Amended Complaint (As of Course) Changing Name and Correcting Other Clerical Errors; Order Thereon