| | | |
|---|---|---|
| 1 | Michael Cohen - #98066<br>LAW OFFICES OF BRUCE E. KRELL | E-filing | Original<br>FILED |
| 2 | Grove Law Building | | 3/24/08 |
| 3 | 345 Grove Street<br>San Francisco, CA 94102 | | Richard W. Wieking<br>Clerk, U.S. District Court |
| 4 | 415/861-4414<br>Fax: 415/431-4526 | | Northern District of California<br>San Francisco |

Attorney for Plaintiffs

ADR

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

THE FAMILY OF SAMUEL SHULL: Linda Rines Shull, Samuel J. Shull, Jr., Jennifer Shull, Cameron Rines-Caban, Jacob A. Rines-Caban, Nathan Shull, Soaring Eagle (LeeAnn) Rines, Casey Shull, Alberta Rines and Willie Smith,

　　Plaintiffs,

vs.

Keystone America, Inc., dba Jones and Lewis Clear Lake Memorial Chapel, and DOES 1-100,

　　Defendants.
_____/

No. C08-01601 JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: April 17, 2008　　　　　　　　　LAW OFFICES OF BRUCE E. KRELL, INC.

　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　Michael Cohen

Consent to Proceed Before a United States Magistrate Judge