| | |
|---|---|
| Michael Cohen - #98066<br>LAW OFFICES OF BRUCE E. KRELL<br>Grove Law Building<br>345 Grove Street<br>San Francisco, CA 94102<br>415/861-4414<br>Fax: 415/431-4526 | E-filing           Original<br>FILED<br>3/24/08<br>Richard W. Wieking<br>Clerk, U.S. District Court<br>Northern District of California<br>San Francisco |

Attorney for Plaintiffs

ADR

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FAMILY OF SAMUEL SHULL: Linda Rines Shull, Samuel J. Shull, Jr., Jennifer Shull, Cameron Rines-Caban, Jacob A. Rines-Caban, Nathan Shull, Soaring Eagle (LeeAnn) Rines, Casey Shull, Alberta Rines and Willie Smith,<br><br>    Plaintiffs,<br><br>vs.<br><br>Keystone America, Inc., dba Joes and Lewis Clear Lake Memorial Chapel, and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C08-01601 JL<br><br>**APPLICATION FOR ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT (AS OF COURSE) CHANGING NAME AND CORRECTING OTHER CLERICAL ERRORS, ORDER THEREON** |

TO THE HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE THAT PLAINTIFFS hereby seek to file, through counsel of record, a FIRST AMENDED COMPLAINT (AS OF COURSE), in order to correct a clerical error and substitute the correct name [Keystone America, Inc.] of the Defendants previously named as Keystone Group Holdings, Inc., and Keystone California, Inc.

PLAINTIFFS, as a consequence of the main clerical error, also seek to amend Paragraph 14 of the Complaint to correct the status of the correctly-named Defendants.

The FIRST AMENDED COMPLAINT (AS OF COURSE) is filed simultaneously; and

//

//

1

Application for Order Allowing Filing of First Amended Complaint (As of Course) Changing Name and Correcting Other Clerical Errors; Order Thereon

1 | an Amended Summons will be submitted to the Clerk forthwith.

2 | DATED: April 17, 2008                    LAW OFFICES OF BRUCE E. KRELL, INC.

By _____
Michael Cohen

**ORDER**

Good cause appearing,

It is hereby ordered that the Court's docket be changed to reflect the correct name, **KEYSTONE AMERICA, INC.**, of the Defendant herein, and that Plaintiff's First Amended Complaint (as of Course) be accepted for filing.

**IT IS SO ORDERED.**

DATED: April 21, 2008            _____
Magistrate Judge James Larson
USDC, Northern District of California

2

Application for Order Allowing Filing of First Amended Complaint (As of Course) Changing Name and Correcting Other Clerical Errors; Order Thereon