HOWARD L. CHURCHILL, SB# 79872
  E-Mail: churchill@lbbslaw.com
ANDJE MOROVICH, SB#
  E-Mail: morovich@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant KEYSTONE NORTH AMERICA, INC. dba JONES and LEWIS CLEAR LAKE MEMORIAL CHAPEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FAMILY OF SAMUEL SHULL: Linda Rines Shull, Samuel J. Shull, Jr., Jennifer Shull, Cameron Rines-Caban, Jacob A. Rines-Caban, Nathan Shull, Soaring Eagle (LeeAnn) Rines, Casey Shull, Alberta Rines and Willie Smith,<br><br>Plaintiffs,<br><br>v.<br><br>Keystone America Inc., dba Jones and Lewis Clear Lake Memorial Chapel, and DOES 1-100,<br><br>Defendants. | CASE NO. C08-01601 JL<br><br>ACTION FILED:    March 24, 2008<br><br>**NOTICE OF CONSENT TO CHIEF MAGISTRATE JUDGE JAMES LARSON FOR ALL PURPOSES** |

Defendant, KEYSTONE NORTH AMERICA, INC. dba JONES and LEWIS CLEAR LAKE MEMORIAL CHAPEL, hereby consents to Chief Magistrate Judge James Larson to act as the judge for all purposes in this case.

DATED: June 30, 2008            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By    /s/ Andje Morovich
                                   Howard L. Churchill
                                   Andje Morovich
                                   Attorneys for Defendant KEYSTONE NORTH
                                   AMERICA, INC. dba JONES and LEWIS CLEAR
                                   LAKE MEMORIAL CHAPEL

-1-
NOTICE OF CONSENT TO CHIEF MAGISTRATE JUDGE JAMES LARSON FOR ALL PURPOSES

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

*Shull v. Keystone America Inc., et al. - 50027-947*
USDC Case No. C08-01601 JL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On June 30, 2008, I served the following document(s):

**NOTICE OF CONSENT TO CHIEF MAGISTRATE JUDGE JAMES LARSON FOR ALL PURPOSES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Michael Cohen<br>Law Offices of Bruce E. Krell<br>Grove Law Building<br>345 Grove Street<br>San Francisco, CA  94102<br>Tel:  (415) 861-4414<br>Fax:  (415) 431-4526<br>Email: | Attorneys for Plaintiffs **THE FAMILY OF SAMUEL SHULL: Linda Rines Shull, Samuel J. Shull, Jr., Jennifer Shull, Cameron Rines-Caban, Jacob A. Rines-Caban, Nathan Shull, Soaring Eagle (LeeAnn) Rines, Casey Shull, Alberta Rines and Willie Smith** |

The documents were served by the following means:

[**X**]    (BY FAX TRANSMISSION)  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above.

[**X**]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[  ]    Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]    Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 30, 2008, at San Francisco, California.

By    /s/ Elaine Auwbrey
Elaine Auwbrey

4850-1873-5874.1