## CIVIL MINUTES

**Chief Magistrate Judge James Larson**        FTR 10:56-11:01 ( 05 min)
Date: **July 2 , 2008**

Case No: **C08-1601  JL**

Case Name: **Family of Samuel Shull, et al v. Keystone Group Holdings, et al**

Plaintiff  Attorney(s): Michael Cohen
Defendant Attorney(s): Howard Churchill
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                        **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 12-3-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court


Notes: Initial disclosures to be made by 8/1/08 Counsel to notify Court by 10/30/08 of readiness for mediation.




cc: Venice, Kathleen,