LAW OFFICES OF
# BRUCE E. KRELL, INC.
A PROFESSIONAL CORPORATION

345 GROVE STREET
SAN FRANCISCO, CALIFORNIA 94102
AREA CODE 415
TELEPHONE: 861-4414
FACSIMILE: 431-4526

October 30, 2008                              e-filed

Magistrate Judge James Larson
United States District Court
Northern District of California
Courtroom "F", 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**IT IS SO ORDERED**
*Judge James Larson*

Re:    Linda Rines Shull et al. vs. Keystone America, Inc., Case No. C08-01601-JL

Hon. Judge Larson:

Pursuant to the Court's Minute Order of 7/3/08, please be advised that the parties need more time to be ready for Mediation. The reason is that the main issues in contention relate to damages and not liability; and therefore, in order to be ready for mediation, the depositions of the Plaintiffs must be taken, and scheduling these have been delayed due to a combination of (a) defense counsel's back-to-back trials, (b) the extended exchange of Disclosures and written discovery (which is now, for all intents and purposes, complete); and (c) the fact that the 10 Plaintiffs are scattered throughout various places on the West Coast (Clearlake, San Jose, Petaluma, Cotati and Portland OR).

The parties agree that the depositions can be accomplished by ~~the end of January~~, and that therefore the case should be ready for mediation by ~~late February~~.   January 30, 2009 / February 27, 2009

Very truly yours,

LAW OFFICES OF BRUCE E. KRELL, INC.             LEWIS, BRISBOIS, BISGAARD & SMITH

**Michael Cohen**
Digitally signed by Michael Cohen
DN: cn=Michael Cohen, o=Attorney at Law, ou, email=mikecohen@sprintmail.com, c=US
Date: 2008.10.30 13:04:33 -07'00'

By Michael Cohen                                By Andje Morovich