LAW OFFICES OF
# BRUCE E. KRELL, INC.
A PROFESSIONAL CORPORATION

345 GROVE STREET
SAN FRANCISCO, CALIFORNIA 94102
AREA CODE 415
TELEPHONE: 861-4414
FACSIMILE: 431-4526

December 1, 2008           e-filed

Magistrate Judge James Larson
United States District Court
Northern District of California
Courtroom "F", 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    Linda Rines Shull et al. vs. Keystone America, Inc., Case No. C08-01601-JL

Hon. Judge Larson:

As discussed this morning with your Clerk, Ms. Thomas, When the parties requested extended deadlines to complete (a) sufficient discovery to allow meaningful Mediation, and (b) Mediation itself, the parties forgot to request continuance of the Case Management Conference (and Case Management Statement) set for now, which would be a waste of the Court's time. Therefore, pursuant to Ms. Thomas' instruction, the parties hereby request that the Case Management Conference (and Case Management Statement) dates be continued to early to mid March.

Very truly yours,

LAW OFFICES OF BRUCE E. KRELL, INC.      LEWIS, BRISBOIS, BISGAARD & SMITH

**Michael Cohen**
Digitally signed by Michael Cohen
DN: cn=Michael Cohen, o=Attorney at Law,
ou, email=mikecohen@sprintmail.com, c=US
Date: 2008.12.01 12:25:07 -08'00'

By Michael Cohen                             By Andje Morovich

    The Court having read and considered the above request, and good cause appearing,

    IT IS HEREBY ORDERED that:

    Further Case Management Conference shall be held herein on March 11, 2009 at 10:30 a.m; and

    A Case Management Statement shall be filed on March 4, 2009.

DATED: December 2, 2008

                                                Hon. JAMES LARSON, Magistrate Judge