1  Michael Cohen - #98066                          E-filing                              Original
   LAW OFFICES OF BRUCE E. KRELL                                                          FILED
2  Grove Law Building                                                                     3/24/08
   345 Grove Street                                                            Richard W. Wieking
3  San Francisco, CA 94102                                             Clerk, U.S. District Court
   415/861-4414                                                     Northern District of California
4  Fax: 415/431-4526                                                            San Francisco

5  Attorney for Plaintiffs

6                                                                                            ADR

7

8            UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  THE FAMILY OF SAMUEL SHULL: Linda            No. C08-01601 JL
   Rines Shull, Samuel J. Shull, Jr., Jennifer Shull,
10 Cameron Rines-Caban, Jacob A. Rines-Caban,   **STIPULATION RE ADR**
   Nathan Shull, Soaring Eagle (LeeAnn) Rines,
11 Casey Shull, Alberta Rines and Willie Smith,

12         Plaintiffs,

13 vs.

14 Keystone America, Inc., dba Jones and Lewis   ACTION FILED: 3/24/08
   Clear Lake Memorial Chapel, and DOES 1-100,   TRIAL DATE: NOT ASSIGNED
15
           Defendants.
16 _____/

17         WHEREAS the parties initially stipulated to Mediation, but now agree that a Magistrate

18 Judge Settlement Conference would offer more promise in this case,

19         The Parties, by counsel, hereby stipulation and request that:

20            1.    The currently scheduled Mediation deadline may be vacated;

21            2.    The case be referred for a Magistrate Judge Settlement Conference within

22 90 days; and

23            3.    The Case Management Conference currently scheduled for March 11,

24 2009, be continued to the earliest date more than 90 days from the date of the Order.

25 DATED: 1/29/09                                DATED: 1/29/09

26 LAW OFFICES OF BRUCE E. KRELL, INC.,          LEWIS BRISBOIS, BISGAARD &
   SMITH,
   By _____/S/_____           By _____/S/_____
      Michael Cohen                                 Andje Morovich Medina

                              _____
                                     Stipulation re ADR

1  Michael Cohen - #98066                  E-filing                        Original
   LAW OFFICES OF BRUCE E. KRELL                                              FILED
2  Grove Law Building                                                       3/24/08
   345 Grove Street                                              Richard W. Wieking
3  San Francisco, CA 94102                             Clerk, U.S. District Court
   415/861-4414                                        Northern District of California
4  Fax: 415/431-4526                                               San Francisco

5  Attorney for Plaintiffs

6                                                                               ADR

7

8            UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  THE FAMILY OF SAMUEL SHULL: Linda          No. C08-01601 JL
   Rines Shull, Samuel J. Shull, Jr., Jennifer Shull,
10 Cameron Rines-Caban, Jacob A. Rines-Caban,  ~~(Proposed)~~ ORDER RE ADR
   Nathan Shull, Soaring Eagle (LeeAnn) Rines,
11 Casey Shull, Alberta Rines and Willie Smith,

12         Plaintiffs,

13 vs.

14 Keystone America, Inc., dba Jones and Lewis    ACTION FILED: 3/24/08
   Clear Lake Memorial Chapel, and DOES 1-100,   TRIAL DATE: NOT ASSIGNED
15
          Defendants.
16 _____/

17                                  ORDER

18      The Court having read and considered the above-Stipulation, and good cause appearing,

19      IT IS HEREBY ORDERED that:

20           1.    The currently scheduled Mediation deadline shall be, and it hereby is,

21 vacated;

22           2.    The case shall be, and it hereby is, referred for a Magistrate Judge

23 Settlement Conference within 90 days; and

24           3.    The Case Management Conference currently scheduled for March 11,

25 2009, shall be, and it hereby is, continued to  May 6      . 2009.  at 10:30 a.m.

26 DATED: February 4, 2009

                                        _____
                                        James Larson, Magistrate Judge

                    _____
                               Order re ADR