1  HOWARD L. CHURCHILL, SB# 79872
      E-Mail: churchill@lbbslaw.com
2  ANDJE MOROVICH MEDINA, SB# 251288
      E-Mail: medina@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant KEYSTONE NORTH AMERICA, INC. dba JONES and LEWIS
   CLEAR LAKE MEMORIAL CHAPEL

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 THE FAMILY OF SAMUEL SHULL: Linda      )  CASE NO. C08-01601 JL
   Rines Shull, Samuel J. Shull, Jr., Jennifer Shull, )
12 Cameron Rines-Caban, Jacob A. Rines-Caban, )  ACTION FILED:        March 24, 2008
   Nathan Shull, Soaring Eagle (LeeAnn) Rines, )
13 Casey Shull, Alberta Rines and Willie Smith, )  **STIPULATION FOR DISMISSAL**
                                          )  [FRCP Rule 41(a)(ii)]
14              Plaintiffs,                )
                                          )
15        v.                               )
                                          )
16 Keystone America Inc., dba Jones and Lewis )
   Clear Lake Memorial Chapel, and DOES 1-100, )
17                                         )
              Defendants.                  )
18 _____)

19        Having reached a settlement following the Early Neutral Evaluation, IT IS

20 HEREBY STIPULATED by the parties to this action, by and through their undersigned

21 attorneys of record, that the above-entitled action is hereby dismissed with prejudice, each

22 side to bear its own attorneys fees and costs.

23 DATED: August 28, 2009           LEWIS BRISBOIS BISGAARD & SMITH LLP

24                                  By _____
25                                     Andje Morovich Medina
                                       Attorneys for Defendant
26 DATED: August 26, 2009           LAW OFFICES OF BRUCE E. KRELL

27                                  By _____
28                                     Bruce Krell, Esq.
                                       Attorney for Plaintiffs

IT IS SO ORDERED

Judge James Larson

4834-9585-5108.1

STIPULATION FOR DISMISSAL

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1
**CERTIFICATE OF SERVICE**

2
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

3
*Shull v. Keystone America Inc., et al. - 50027-947*
USDC Case No. C08-01601 JL

4
STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

5

6
At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

7
On August *28*, 2009, I served the following document(s):

8
**STIPULATION FOR DISMISSAL**

9
I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

10

11
Michael Cohen
Law Offices of Bruce E. Krell

Attorneys for Plaintiffs **THE FAMILY OF SAMUEL SHULL: Linda Rines Shull,**

12
Grove Law Building
345 Grove Street
San Francisco, CA 94102

**Samuel J. Shull, Jr., Jennifer Shull, Cameron Rines-Caban, Jacob A. Rines-Caban, Nathan Shull, Soaring Eagle**

13
Tel: (415) 861-4414
Fax: (415) 431-4526

**(LeeAnn) Rines, Casey Shull, Alberta Rines and Willie Smith**

14
Email:

15
The documents were served by the following means:

16
[  ]   (BY PERSONAL SERVICE)  I personally delivered the documents to the person(s) listed above.

17

18
[  ]   (BY FAX TRANSMISSION)  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above.

19
[**X**]   (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope or package for collection

20
and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that

21
practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed

22
envelope of package with the postage fully prepaid.

23
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24
Executed on August *28*, 2009, at San Francisco, California.

25

26

27
ELAINE AUWBREY

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4850-1873-5874.1

CERTIFICATE OF SERVICE